## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROBERT EARL CONNER,

                                         Case No. 05-74074
                                         Honorable Marianne O. Battani

                Petitioner,

v.

KENNETH ROMANOWSKI,

                Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR THE WRIT OF HABEAS CORPUS

        Robert Earl Connor filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his sentence.  The case was referred to Magistrate Judge Paul J. Komives.  See 28 U.S.C. § 636(b)(1).  In a Report and Recommendation ("R&R") dated March 26, 2007, Magistrate Judge Komives recommended that Connor's Petition be denied.

        Under 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2), a party seeking review of a magistrate judge's report and recommendation is required to act within ten days of service of the R&R.  A party's failure to file objections waives any further right of appeal.  Neither party filed an objection.  Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal.

        Accordingly, the Court **ADOPTS** the Report and Recommendation and **DENIES** the Petition for the Writ of Habeas Corpus.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: May 4, 2007

CERTIFICATE OF SERVICE

A copy of this Order was mailed and/or e-filed to Robert Earl Conner and Raina I. Korbakis on this date.

s/Bernadette M. Thebolt
Deputy Clerk